UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANIEL J. HETTICK,

      Plaintiff,

                                          Civil No. 06-1861-HA

     v.

                                          JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

      Based on the record,

      IT IS ORDERED AND ADJUDGED that the final decision of the Commissioner denying plaintiff Daniel Hettick's application for SSI benefits is AFFIRMED.

      Dated this   31   day of March, 2008.

                                                       /s/ ANCER L. HAGGERTY
                                                          ANCER L. HAGGERTY
                                             UNITED STATES DISTRICT JUDGE